UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HAI TU DOAN, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | Civil Action No. 3:26-CV-0286-X-BW |
| | § | |
| BRANTLEY DAVID STARR, | § | |
| WARDEN PRAIRIELAND | § | |
| DETENTION CENTER., | § | |
| | § | |
| *Respondent*. | § | |

## **ORDER**

Before the Court is Petitioner Hai Tu Doan's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Doc. 3). As best as the Court can tell, Doan's Petition either names Judge Brantley David Starr as (1) the Warden of Prairieland Detention Center or (2) as an additional Respondent in this action.

"The federal habeas statute straightforwardly provides that the proper respondent to a habeas petition is the person who has custody over [the petitioner]."[1] Judge Brantley David Starr does not exercise immediate physical control over Doan and lacks the authority to "produce the body."[2] Instead, Thomas Bergami, the actual Warden of Prairieland Detention Center, where Petitioner is being detained, has custody of Doan. Accordingly, Judge Brantley David Starr is not a proper respondent in this action.

---

[1] *Rumsfield v. Padilla*, 542 U.S. 426, 434 (2004) (quoting 28 U.S.C. § 2242) (cleaned up); *see also, Mounce v. Knighten*, 503 F.2d 967, 969 (5th Cir. 1974) (the only proper respondent in a habeas corpus proceeding is the custodian of the inmate).

[2] *Id.* at 435.

The Court hereby **SUBSTITUTES** Thomas Bergami, Warden of Prairieland Detention Center, as respondent for Brantley David Starr.

**IT IS SO ORDERED** this 5th day of February, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE