IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HAI TU DOAN, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | No. 3:26-CV-0286-X-BW |
| v. | § | |
| | § | |
| THOMAS BERGAMI, | § | |
| | § | |
| *Respondent*. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 8). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Petition for a Writ of Habeas Corpus (Doc. 3), will be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction by separate judgment.

**SO ORDERED** this 3rd day of March, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE